BERNHARD KREIZER, Appellant, v. JOHN T. ALLAIRE and
THADDEUS H. ALLAIRE, Respondents.

APPEAL from order.

*Fromme Bros.*, for appellant.

*E. H. Benn*, for respondents.

*Per Curiam.* The order of the Special Term justice is affirmed for the reason that the complaint and other papers used upon this motion, and upon which the order of arrest was granted, disclose no cause of action against defendants.

Order is affirmed, with costs.

Present : VAN WYCK, Ch. J., FITZSIMONS and McCARTHY, JJ. Order affirmed, with costs.